UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DAVID EARL STOCKMAN, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> FLOTEK INDUSTRIES, INC., et al., <br><br> Defendants. | Civil Action No. 4:09-cv-02526 <br><br> <u>CLASS ACTION</u> |

**▉▉▉▉▉▉▉▉ ORDER APPOINTING LEAD PLAINTIFF
AND APPROVING SELECTION OF LEAD AND LIAISON COUNSEL**

Having considered the Motion of Carole Burke for Appointment as Lead Plaintiff and Approval of Selection of Lead and Liaison Counsel and the Memorandum of Law and Declaration of Roger B. Greenberg in support thereof, and good cause appearing therefore:

1. Carole Burke is hereby appointed Lead Plaintiff for the Class pursuant to Section 21D of the Securities Exchange Act of 1934; and

2. The law firms of Coughlin Stoia Geller Rudman & Robbins LLP and Holzer Holzer & Fistel, LLC are hereby appointed Lead Counsel and the law firm of Schwartz, Junell, Greenberg & Oathout, LLP is hereby appointed Liaison Counsel.

IT IS SO ORDERED.

DATED: Dec. 21, 2009

THE HONORABLE SIM LAKE
UNITED STATES DISTRICT JUDGE

- 1 -